1 | BENJAMIN B. WAGNER
United States Attorney
2 | TODD A. PICKLES
LEE S. BICKLEY
3 | Assistant United States Attorneys
501 I Street, Suite 10-100
4 | Sacramento, CA 95814
Telephone: (916) 554-2700
5 | Facsimile: (916) 554-2746



**FILED**

SEP 1 9 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

6 | Attorneys for UNITED STATES OF AMERICA

7

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:12-cr-00330 GEB |
|---|---|
| Plaintiff, | **REQUEST FOR UNSEALING OF INDICTMENT AND ORDER** |
| v. | |
| DIANNA WOODS, Defendant. | |

TO THE HONORABLE KENDALL J. NEWMAN, UNITED STATES MAGISTRATE JUDGE:

COMES NOW Todd A. Pickles, Assistant United States Attorney for the Eastern District of California, to petition this Court and respectfully represent:

1. On September 13, 2012, the Honorable Kendall J. Newman issued an order sealing the Indictment in the above-referenced case until the arrest of the defendants or further order of the Court.

2. As of today, September 19, 2012, the undersigned counsel for the United States has been in contact with counsel for the defendant arranging for defendant to self-surrender. In anticipation of that occurrence, it is now necessary to unseal the indictment so that the defendant may be fully apprised of the charges against her.

1    THEREFORE, your petitioner prays that the aforesaid Indictment, as well as the Petition

2   to Seal the Indictment, and the Order sealing the Indictment be unsealed and made part of the

3   public record.

4

5   Dated: September 19, 2012                      Respectfully submitted,

6                                                  BENJAMIN B. WAGNER
                                                   United States Attorney
7

8                                        By:       _____
                                                   TODD A. PICKLES
9                                                  Assistant U.S. Attorney

10
    The Court hereby orders that the Indictment in Case No. 2:12-cr-00330 GEB, as well as the
11
    Petition to Seal the Indictment, and the Order sealing the Indictment shall be unsealed and made
12
    part of the public record.
13

14  DATED: Sep, 15 2012                            _____
15
                                                   HON. KENDALL J. NEWMAN
16                                                 United States Magistrate Judge
                                                   Eastern District of California
17

18

19

20

21

22

23

24

25

26

27

28

    Order Unsealing Indictment                2