BENJAMIN B. WAGNER
United States Attorney
TODD A. PICKLES
LEE S. BICKLEY
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:12-CR-00330 WBS |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER |
| v. | |
| DIANA WOODS, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant Diana Woods, by and through her counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on August 5, 2013.

2. By this stipulation, defendant now moves to continue the status conference until December 2, 2013 at 9:30 a.m., and to exclude time between August 5, 2013 and December 2, 2013 under Local Code T4. The United States does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

    a. The United States has represented that the discovery associated with this case includes investigative reports and related documents in electronic form, including approximately 40,000 pages of discovery. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

1    b. Counsel for defendant desires additional time to consult with her client, to review
2 the current charges, to conduct investigation and research related to the charges, to review and copy
3 discovery for this matter, to discuss potential resolutions, to prepare pretrial motions and otherwise
4 prepare for trial.
5    c. Counsel for defendant believes that failure to grant the above-requested
6 continuance would deny her the reasonable time necessary for effective preparation, taking into account
7 the exercise of due diligence.
8    d. The United States does not object to the continuance.
9    e. Based on the above-stated findings, the ends of justice served by continuing the
10 case as requested outweigh the interest of the public and the defendant in a trial within the original date
11 prescribed by the Speedy Trial Act.
12    f. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,
13 et seq., within which trial must commence, the time period of August 5, 2013 to December 2, 2013,
14 inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it
15 results from a continuance granted by the Court at defendant's request on the basis of the Court's finding
16 that the ends of justice served by taking such action outweigh the best interest of the public and the
17 defendant in a speedy trial.
18 4. Nothing in this stipulation and order shall preclude a finding that other provisions of the
19 Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial
20 must commence.
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

IT IS SO STIPULATED.

DATED: August 2, 2013                    BENJAMIN B. WAGNER
                                         United States Attorney

                                         */s/ Lee S. Bickley*
                                         TODD A. PICKLES
                                         LEE S. BICKLEY
                                         Assistant United States Attorney

                                         For the UNITED STATES OF AMERICA


DATED: August 2, 2013                    */s/ Lee S. Bickley for*
                                         KATHRYN DRULINER, ESQ.

                                         For defendant DIANA WOODS


**O R D E R**

   IT IS SO FOUND AND ORDERED.

Dated:  August 2, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE